UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY DILL (#14166-A)

VERSUS

ASCENSION PARISH, ET AL.

CIVIL ACTION

NO. 12-83-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 19, 2013 (doc. no. 50). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims asserted against the Ascension Parish Correctional Center and the "Medical Provider for Ascension Parish Correctional Center" are DISMISSED for failure to state a claim upon which relief may be granted and the Motions for Summary Judgment of the remaining defendants (doc. nos. 27 and 31) are GRANTED dismissing the plaintiff's claims, with prejudice, and this action is DISMISSED.

Baton Rouge, Louisiana, this 11th day of September, 2013.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA